IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED TATUM,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICE DEPOT INC, ET AL.,<br><br>          Defendants.<br>_____/ | No. C 11-00486 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Defendant Mark Bloom has filed a motion to dismiss and renoticed the motion for hearing on April 8, 2011, a date which is closed to further motion hearings on the Court's calendar. The hearing on the motion to dismiss is hereby continued to April 15, 2011, at 9:00 a.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

It is ORDERED that Plaintiff shall file an opposition to the motion to dismiss by March 18, 2011, and Defendant shall file a reply by March 25, 2011. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 25, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE