```
 1  MICHAEL E. BREWER, Bar No. 177912
    JILL A. FUKUNAGA, Bar No. 202238
 2  LITTLER MENDELSON
    A Professional Corporation
 3  Treat Towers
    1255 Treat Boulevard, Suite 600
 4  Walnut Creek, CA 94597
    Telephone:   925.932.2468
 5  Facsimile:   925.946.9809
    E-mail:      mbrewer@littler.com
 6               jfukunaga@littler.com

 7  Attorneys for Defendants
    OFFICE DEPOT, INC. and MARK BLOOM
 8  (erroneously sued as "MARK BLUME")

 9

10  STEVEN R. ANTHONY, Bar No. 37778
    JANE L. TRIGERO, Bar No. 103575
11  PETER G. WASHINGTON, Bar No. 230514
    ANTHONY & ASSOCIATES
12  1999 Harrison Street, Suite 1620
    Oakland, CA 94612-3582
13  Telephone:   510.835.8400
    Facsimile:   510.835-5566
14  E-mail:      sra@actriallaw.com
                 jtrigero@aatriallaw.com
15               pgw@aatriallaw.com

16  Attorneys for Plaintiff
    ALFRED TATUM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED TATUM,<br><br>            Plaintiff,<br><br>      v.<br><br>OFFICE DEPOT, INC., and MARK BLUME and DOES 1 through XXX, inclusive,<br><br>            Defendants. | Case No. C 11-00486 JSW<br>**ORDER OF REMAND PURSUANT TO STIPULATION REGARDING REMAND OF ACTION TO STATE COURT**<br><br>Complaint filed:   November 16, 2010<br>(Alameda County Superior Court) |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

## STIPULATION

This Stipulation is entered into between Plaintiff ALFRED TATUM ("Plaintiff") and Defendants OFFICE DEPOT, INC. and MARK BLOOM (erroneously sued herein as "MARK BLUME") ("Defendants") (collectively the "Parties"), by and through their respective undersigned counsel.

WHEREAS, Plaintiff filed this action in Alameda County Superior Court on or about November 16, 2010;

WHEREAS, Defendant Office Depot, Inc. removed this action to the U.S. District Court for the Northern District of California on February 1, 2011, on the ground that this is a civil action over which the Court has jurisdiction pursuant to 28 U.S.C. section 1332(a) (diversity jurisdiction);

WHEREAS, from February 10 through February 24, 2011, counsel for the Parties met and conferred and then agreed to remand this matter to state court.

NOW THEREFORE, the Parties agree and stipulate that the Court will remand this action to the Alameda County Superior Court, without costs or fees to either party.

IT IS SO STIPULATED.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO. C 11-00486 JSW    2.    STIPULATION FOR REMAND OF CASE TO FEDERAL COURT AND PROPOSED ORDER

1  Dated:  February 25, 2011

            /s/
            MICHAEL E. BREWER
            JILL A. FUKUNAGA
            LITTLER MENDELSON
            A Professional Corporation
            Attorneys for Defendants
            OFFICE DEPOT, INC and MARK BLOOM

   Dated: February 25, 2011

            /s/
            STEVEN R. ANTHONY
            JANE L. TRIGERO
            PETER G. WASHINGTON
            ANTHONY & ASSOCIATES
            Attorneys for Plaintiff
            ALFRED TATUM

## ORDER

IT IS HEREBY ORDERED that the above-referenced action is hereby remanded to the Superior Court of California, County of Alameda, without costs or fees to either party.

Dated:  February 28, 2011

            /s/ Jeffrey S. White
            JEFFREY S. WHITE
            United States District Judge

Firmwide:100374370.1 063095.1020

CASE NO. C 11-00486 JSW                3.        STIPULATION FOR REMAND OF CASE TO FEDERAL COURT AND PROPOSED ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468